1  JODY A. LANDRY, Bar No. 125743
   MICHAEL HOFFMAN, Bar No. 162496
2  LITTLER MENDELSON
   A Professional Corporation
3  701 "B" Street
   13th Floor
4  San Diego, CA 92101.8194
   Telephone:  619.232.0441
5
   Attorneys for Defendant
6  MASTEC NORTH AMERICA, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 TROY KERCHEVAL,                    Case No. C 05-1125 JSW

11         Plaintiff,                 STIPULATION AND ~~PROPOSED~~ ORDER
                                      TO CONTINUE CASE MANAGEMENT
12 v.                                 CONFERENCE

13 MASTEC NORTH AMERICA, INC., and    Date: June 17, 2005
   Does 1-75,                         Time: 1:30 p.m.
14                                    Dept: 2
           Defendant.
15                                    Honorable Jeffrey S. White

16

17         IT IS HEREBY STIPULATED, by and between the parties to this action, through

18 their respective counsel and subject to Court approval to the following:

19         1.      The Court ordered a Case Management Conference to proceed on June 17,

20 2005.

21         2.      A scheduling conflict exists for lead defense counsel, Michael Hoffman, in

22 that he will be unavailable due to his wedding and honeymoon.

23         3.      In order to accommodate defense counsel's schedule, the parties stipulate and

24 propose that the Court continue the Case Management Conference to July 8, 2005 at 1:30 p.m.

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
701 "B" Street
13th Floor
San Diego, CA 92101.8194
619.232.0441

STIP. AND ~~PROPOSED~~ ORDER TO
CONTINUE CASE MANAGEMENT          1.          CASE NO. C 05-1125 JSW
CONFERENCE

Dated: April 22, 2005

MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MASTEC NORTH AMERICA, INC.

Dated: April 25, 2005

TOMAS MARGAIN
Attorney for Plaintiff

### ORDER

Pursuant to stipulation, the Case Management Conference is hereby continued to July 8, 2005 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated: April 27, 2005      /s/ Jeffrey S. White
_____
UNITED STATES DISTRICT JUDGE

San_Francisco:31366942.1 046446.1041

STIP. AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT
CONFERENCE

2.

CASE NO. C 05-1125 JSW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
701 "B" Street
13th Floor
San Diego, CA 92101.8194
619.232.0441