IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY KERCHEVAL,

    Plaintiff,

    v.

MASTEC NORTH AMERICA, INC.,

    Defendant.

No. C 05-01125 JSW

**ORDER REQUIRING JOINT STATUS REPORT RE SETTLEMENT**

On December 15, 2005, this Court received the ADR Certification of Mediation in this case, in which the mediator indicated the case had settled. There has been no further activity in this case. Accordingly, the parties are HEREBY ORDERED to submit a joint status report by January 27, 2006, advising the Court as to when they expect the settlement to be finalized and the case dismissed.

**IT IS SO ORDERED.**

Dated: January 19, 2006

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE