JODY A. LANDRY, Bar No. 125743
MICHAEL HOFFMAN, Bar No. 162496
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Facsimile: 415.399.8447

Attorneys for Defendant
MASTEC NORTH AMERICA, INC.

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone: 415.861.9600
Facsimile: 415.861.9622

Attorneys for Plaintiff
TROY KERCHEVAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KERCHEVAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MASTEC NORTH AMERICA, INC., and Does 1-75,<br><br>　　　　　Defendant. | Case No. C 05-1125 JSW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Jeffrey S. White |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant in this action, through their respective counsel and subject to approval by the Court to the following:

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action shall be dismissed with prejudice, as to all parties, and with all parties to bear their own attorneys' fees and costs of suit.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
701 "B" Street
13th Floor
San Diego, CA 92101 8194
619 232 0441

**DISMISSAL ORDER**　　　　　　　　　　　1.　　　　　　　　　　CASE NO. C 05-1125 JSW

Dated: February 6, 2006

_____
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant

Dated: February 7, 2006

_____
TOMÁS MARGAIN
Attorney for Plaintiff

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: February 7, 2006

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Firmwide:80802200.1 046446.1041

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
701 "B" Street
13th Floor
San Diego, CA 92101 8194
619 232 0441

DISMISSAL ORDER                           2.                           CASE NO. C 05-1125 JSW